```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  01: 06-CR-00240 OWW
                                 )
11                  Plaintiff,   )  ORDER ON STATE OF CALIFORNIA
                                 )  WRIT FOR HABAES CORPUS AD
12       v.                      )  PROSEQUENDUM
                                 )
13                               )
    TROY ALLEN CORFIELD,         )
14                               )
                    Defendant.   )
15                               )
                                 )
16  _____)
```

17     On March 7, 2007, a Judge of the Superior Court for the County
18  of Fresno, requested that the body of the above-named defendant be
19  produced in Fresno County Superior Court for further proceedings in
20  the case of People v. Troy Corfield. Further action is to commence
21  on or about March 13, 2007. The defendant is currently in the
22  custody of the United States Marshal, charged in the above-entitled
23  action. It appearing that the defendant's presence is needed for
24  an arraignment/preliminary hearing  in the state action, and that
25  the next court appearance in the above-entitled case is Tuesday,
26  March 13, 2007:
27     IT IS HEREBY ORDERED that deputies of the Fresno County
28

1

Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached to the Government's Application, and from day to day thereafter as is necessary to complete the arraignment and further proceedings in that case, but return him to the custody of the United States Marshal after the March 13, 2007, hearing and any hearing thereafter.

IT IS FURTHER ORDERED that if a federal court date conflicts with a state court date that the federal court date will take precedence over the state court date.

IT IS SO ORDERED.

**Dated:   March 12, 2007**          **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE

2